No. 01–1828.  RUIZ DE CHAVEZ v. UNITED STATES; and
No. 01–10817.  MOLINA-MONTOYA v. UNITED STATES. C. A.
9th Cir.  Certiorari denied.  Reported below: 22 Fed. Appx. 873.

No. 01–1829.  DELTA AIR LINES, INC. v. FERRIS.  C. A. 2d Cir.
Certiorari denied.

No. 01–1830.  DETROIT NEWSPAPER AGENCY v. DETROIT TYPO-
GRAPHICAL UNION, LOCAL 18.  C. A. 6th Cir.  Certiorari denied.

No. 01–1832.  MOSBY v. UNITED STATES.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 01–1833.  VONDERHEIDE v. CAVALRY INVESTMENTS, LLC.
Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 01–1834.  SCHIFFER v. VILLAGE OF HASTINGS-ON-HUDSON
ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–1835.  STAHL v. NOVARTIS PHARMACEUTICALS CORP.
C. A. 5th Cir.  Certiorari denied.

No. 01–1836.  WALKER v. PROVIDENT LIFE & ACCIDENT IN-
SURANCE CO.  C. A. 11th Cir.  Certiorari denied.

No. 01–1837.  CALDRELLO ET UX. v. FEDERAL DEPOSIT INSUR-
ANCE CORPORATION ET AL.  App. Ct. Conn.  Certiorari denied.

No. 01–1838.  COPERTINO v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 01–1841.  CHEMI v. STATE BAR OF CALIFORNIA ET AL.
Sup. Ct. Cal.  Certiorari denied.

No. 01–1842.  AMERICAN RELIABLE INSURANCE CO. ET AL. v.
STILLWELL ET UX.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 01–1843.  MERCY HOSPITAL, INC. v. FOGLEMAN.  C. A. 3d
Cir.  Certiorari denied.

No. 01–1844.  BAKER v. VIRGINIA.  Sup. Ct. Va.  Certiorari
denied.